UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PACKAGED ICE ANTITRUST
LITIGATION                                                                 MDL No. 1952

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO−7)

On June 5, 2008, the Panel transferred 25 civil action(s) to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 560 F.Supp.2d 1359 (J.P.M.L. 2008). Since that time, 32 additional action(s) have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Paul D Borman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Borman.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Michigan for the reasons stated in the order of June 5, 2008, and, with the consent of that court, assigned to the Honorable Paul D Borman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 08, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this office.

**Clerk, U.S. District Court**
**Eastern District of Michigan**

By *Sarah Schoenherr*
Deputy Clerk

IN RE: PACKAGED ICE ANTITRUST
LITIGATION                                          MDL No. 1952


SCHEDULE CTO−7 − TAG−ALONG ACTIONS


| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| ARIZONA | | | | |
| AZ | 2 | 12−00104 | Prentice v. Reddy Ice Holdings Incorporated et al | 12-10621 |
| IOWA NORTHERN | | | | |
| IAN | 5 | 12−04004 | DeLoss v. Reddy Ice Holdings, Inc et al | 12-10622 |
| MASSACHUSETTS | | | | |
| MA | 1 | 12−10072 | Palombella et al v. Reddy Ice Holdings, Inc. et al | 12-10623 |
| MINNESOTA | | | | |
| MN | 0 | 12−00029 | Herron v. Reddy Ice Holdings, Inc. et al | 12-10624 |
| MISSISSIPPI NORTHERN | | | | |
| MSN | 3 | 11−00092 | Spencer v. Reddy Ice Holdings, Inc. et al | 12-10625 |
| NEBRASKA | | | | |
| NE | 8 | 12−00007 | Croom v Reddy Ice Holdings, et al | 12-10626 |
| NORTH CAROLINA MIDDLE | | | | |
| NCM | 1 | 11−01152 | GOODE v. REDDY ICE HOLDINGS, INC., et al | 12-10627 |